```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 20-00450-RNO
James E. Hill                                                   Chapter 7
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke           Page 1 of 1           Date Rcvd: Apr 06, 2020
                              Form ID: ntcovid          Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +James E. Hill,    116 First Street,    Westfield, PA 16950-1510
5298993        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,     P.O. Box 55848,    Sherman Oaks, CA 91411)
5298996        +First Commonwealth FCU,    P.O. Box 20030,    Lehigh Valley, PA 18002-0030
5298997        #+Indigo Wireless,    64 Main Street,    Wellsboro, PA 16901-1504
5298998        +Michael F. Ratchford,    409 Lackawanna Avenue,    Scranton, PA 18503-2062
5298999        +Michael R. Nesfeder,    Fitzpatrick Lentz & Bubba, P.C.,    4001 Schoolhouse Lane, P.O. Box 219,
                 Center Valley, PA 18034-0219
5299000        +Pioneer Capital Solution,    P.O. Box 719,    Anoka, MN 55303-0727
5299001        +Progressive Insurance,    P.O. Box 43258,    Richmond Heig, OH 44143-0258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2020 20:32:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5298994        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 06 2020 20:33:16
                 Capital One Bank (USA) NA,    4851 Cox Road,    Glen Allen, VA 23060-6293
5298995        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 06 2020 20:33:16
                 Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
5308448        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2020 20:24:28     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5299002        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 06 2020 20:24:52     Quicken Loans,
                 1050 Woodward Ave.,    Detroit, MI 48226-1906
5299463        +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:34:19     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   QUICKEN LOANS INC. bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Stephen J. Banik    on behalf of Debtor 1 James E. Hill sjbe@frontiernet.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James E. Hill,  
    **Debtor 1**

Chapter 7

Case No. 4:20−bk−00450−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call−in instructions. | Date: May 7, 2020 |
|---|---|
| | Time: 10:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | For the Court:<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2020 |

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |