United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                            Case No. 20-00450-RNO
James E. Hill                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: admin          Page 1 of 1          Date Rcvd: May 25, 2020
                             Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db            +James E. Hill,    116 First Street,    Westfield, PA 16950-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   QUICKEN LOANS INC. bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
          Stephen J. Banik   on behalf of Debtor 1 James E. Hill sjbe@frontiernet.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James E. Hill,                                    Chapter        7

   **Debtor 1**
                                                  Case No.       4:20−bk−00450−RNO

Social Security No.:
                        xxx−xx−0064
Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Lawrence G. Frank (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named
debtor(s) is closed.


                                                  BY THE COURT

Dated:  May 22, 2020                              By the Court,

                                                  Honorable Robert N. Opel, II
                                                  United States Bankruptcy Judge
                                                  By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)